```
1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 53,003

7  Attorneys for Plaintiffs
   AFENI SHAKUR AND AMARU ENTERTAINMENT INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFENI SHAKUR AND AMARU ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ZNO RECORDS; RAYMOND SCOTT pka RAY BENZINO and DEATH ROW RECORDS INC., <br><br> Defendants. | CASE NO. 2:09-cv-09164-JFW-JC <br><br> APPLICATION IN SUPPORT OF ORDER WITHDRAWING PENDING MOTIONS <br><br> Date: 1/26/10 <br> Time: 1:30 p.m. <br> Courtroom: 20, 3rd Floor <br> Judge: Jacqueline Chooljian <br> Location: 312 N. Spring Street <br> Los Angeles, CA 90012 |

COMES NOW Plaintiffs AFENI SHAKUR AND AMARU ENTERTAINMENT INC., who hereby move this court for an order for permission to withdraw the uncertain two motions:

1. NOTICE OF MOTION AND MOTION TO COMPEL RESPONSE TO POST- JUDGMENT DISCOVERY PURSUANT TO FRCP 69, C.C.P. §§ 708.010, 708.020 AND 708.030; and

2. NOTICE OF MOTION AND MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER, AND TURNOVER ORDER;

on the grounds that Plaintiffs require additional time by which to respond to the Court's orders dated January 11, 2010 herein.

APPLICATION IN SUPPORT OF ORDER WITHDRAWING PENDING MOTIONS
CASE NO. 2:09-cv-09164-JFW-JC                                                                                         1

1  DATED: January 14, 2010          COOK COLLECTION ATTORNEYS

2                                   By:  /s/ David J. Cook
                                    DAVID J. COOK SBN 060859
3                                   Attorneys for Plaintiffs
                                    AFENI SHAKUR AND AMARU
4                                   ENTERTAINMENT INC.

5
   F:\USERS\DJCNEW\shakur.withdraw
6

APPLICATION IN SUPPORT OF ORDER WITHDRAWING PENDING MOTIONS
CASE NO. 2:09-cv-09164-JFW-JC                                                    2